IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE W. VULLINGS, individually and on behalf of others similarly situated, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 17-4361 |
| v. | : : | |
| ARCADIA RECOVERY BUREAU, LLC, | : : : | |
| Defendant. | : | |

# ORDER

**AND NOW** this 27th day of July, 2018, after considering the motion for summary judgment filed by the defendant, Arcadia Recovery Bureau, LLC (Doc. No. 39), the response in opposition to the motion filed by the plaintiff, Michelle W. Vullings, individually and on behalf of others similarly situated (Doc. No. 42), and the defendant's reply to the response in opposition (Doc. No. 46), and the applicable record; and for the reasons stated in the separately filed memorandum opinion, it is hereby **ORDERED** that the motion for summary judgment (Doc. No. 39) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion for summary judgment is **GRANTED** as to the plaintiff's claims based upon the following sections of the Fair Debt Collection Practices Act: 15 U.S.C. § 1692d; 15 U.S.C. § 1692f; 15 U.S.C. § 1692f(8); and 15 U.S.C. § 1692g(a)(3). Judgment is entered in favor of the defendant and against the plaintiff as to the claims under sections 1692d and 1692f. The claims under sections 1692f(8) and 1692g(a)(3) are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

2. The motion is **DENIED** as to the plaintiff's claims based upon 15 U.S.C. § 1692e.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.